Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

No. 55628.—Air Clearance Assn., Inc., et al. *v.* United States, protests 170403–K etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

No. 55629.—Wing Woh Chong Hing Kee Co. *v.* United States, protest 974115–G (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

No. 55630.—Chong Kee Jan & Co. and Ti Hang Lung & Co. *v.* United States, protests 976547–G and 797655–G (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55631.—Davies Turner & Co. et al. *v.* United States, protests 131411–K/1119, etc. (Chicago).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55632.—C. J. Tower & Sons *v.* United States, protest 132797–K (Buffalo).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55633.—Wellman Peck & Co. *v.* United States, protest 139646–K (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55634.—Biddle Purchasing Co. et al. *v.* United States, protests 155021–K, etc. (New York).